HORACE BROCKWAY, APPELLANT, V. HENRY REYNOLDS ET
AL., APPELLEES.

FILED DECEMBER 5, 1908. No. 15,316.

Jury, Right to Trial by. In an action for the conversion of the pro-
ceeds of a bank check, when the conversion is denied, it is error
to refuse a jury trial.

APPEAL from the district court for Dawes county:
WILLIAM H. WESTOVER, JUDGE. *Reversed.*

*E. H. Whelan* and *J. E. Porter,* for appellant.

*A. W. Crites* and *E. M. Slattery, contra.*

EPPERSON, C.

Plaintiff's action is for the recovery of $125, which he
alleges was obtained by the defendants upon a check pay-
able to the defendant Pitman and unlawfully converted
by the defendants. Pitman filed an answer and cross-
petition, claiming $100, and defendants Reynolds and
Slattery filed a counterclaim for $25. They also brought
into court $100, which defendant Pitman had demanded
of them, and asked that the same be disposed of as the
equity of the case may require. The prayer of their an-
swer is that they be allowed to retain the whole $125.
On the joint motion of defendants the court withdrew the
case from the consideration of the jury, and entertained
it as in equity.

The court erred in refusing plaintiff a jury trial, and
we recommend that the judgment be reversed and this
cause remanded for further proceedings in accordance
with law.

DUFFIE and GOOD, CC., concur.

By the Court: For the reasons given in the foregoing

opinion, this cause is reversed and remanded to the lower court for proceedings in accordance with law.

REVERSED.